1040

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* FRED ANDRIESSE, Petitioner-Appellant.

(No. 57149; )

First District—October 2, 1972.

Opinion by Mr. JUSTICE LYONS.

Linda West Conley and Kenneth L. Gillis, both of Defender Project, of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, and Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Robert A. Novelle and James E. Sternik, Assistant State's Attorneys, of counsel,) for the People.

JAMES O. GRIFFITH, Plaintiff-Appellant, *v.* THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF METROPOLITAN CHICAGO, Defendant-Appellee.

(No. 56544; )

First District—October 3, 1972.